Charles FORDJOUR; et al.,
Plaintiffs–Appellants,

v.

SOUTHWEST GAS CORPORATION;
et al., Defendants–Appellees.

No. 01–17070.

D.C. No. CV–00–01684–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 20, 2002.

Before GOODWIN, HUG, and TROTT,
Circuit Judges.

## MEMORANDUM**

Arizona state prisoner Charles Fordjour and his wife Angela Fordjour appeal pro se the district court's judgment denying their motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and its order denying their motion for reconsideration. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Tierney v. Kupers,* 128 F.3d 1310, 1311 (9th Cir.1997), and we affirm.

Appellants contend that 28 U.S.C. § 1915(g) should not apply to them because Angela Fordjour is not a prisoner. This contention lacks merit because 28 U.S.C. § 1915(g) applies to actions filed by prisoners and Charles Fordjour is a prisoner. *See id.*

Appellants contend that the district court erred by dismissing their action rather than allowing their action to proceed upon payment of the filing fee. This contention lacks merit. Where an application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g), the action is properly dismissed without prejudice to refiling a new action upon payment of the filing fees. *See id.* Accordingly, the district court properly denied appellants' motion for reconsideration.

Appellants' remaining contentions lack merit.

**AFFIRMED.**

■

Charles FORDJOUR, also known as
Jean–Pierre Charles Fordjour,
Plaintiff–Appellant,

v.

STATE FARM INSURANCE COM-
PANIES; et al., Defendants–
Appellees.

No. 01–17075.

D.C. No. CV–00–00037–ROS.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 2, 2002.*

Decided Dec. 20, 2002.

Before GOODWIN, HUG, and TROTT, Circuit Judges.

## MEMORANDUM**

Arizona state prisoner Charles Fordjour appeals pro se the district court's summary judgment for defendants in his action for breach of an insurance contract. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Clicks Billiards, Inc. v. Sixshooters, Inc.*, 251 F.3d 1252, 1257 (9th Cir.2001), and we affirm.

Because Fordjour's action amounts to an impermissible collateral attack on prior state court judgments, the district court lacked jurisdiction over Fordjour's action. *See Branson v. Nott*, 62 F.3d 287, 291 (9th Cir.1995).

Fordjour failed to show any bias or prejudice warranting recusal of the district court judge. *See Pau v. Yosemite Park & Curry Co.*, 928 F.2d 880, 885 (9th Cir. 1991).

Fordjour's remaining contentions lack merit.

We deny appellees' motion to supplement the answering brief filed September 17, 2002, and appellees' motion to strike a portion of appellant's supplemental excerpts filed October 7, 2002.

**AFFIRMED.**

**In re: Peter P. NGHIEM, Debtor,**

**Peter P. Nghiem, Appellant,**

**v.**

**Hamid Ghazvini, et al., Appellees.**

No. 01–16632.
BAP No. NC–00–01580–PKMa.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 3, 2002.

Decided Dec. 23, 2002.

Before BERZON and RICHARD C. TALLMAN, Circuit Judges and MILLER,* District Judge.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

* The Honorable Jeffrey T. Miller, United States District Judge for the Southern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.